## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew LaCroix, as an individual and as a representative of the classes, | Civil No. 11-3236 (RHK/JJK) |
| Plaintiff, | **ORDER ON STIPULATION FOR DISMISSAL** |
| vs. | |
| U.S. Bank, N.A., U.S. Bank Home Mortgage, | |
| Defendants. | |

Based upon the Stipulation for Dismissal filed by the parties (Doc. No. 7), **IT IS ORDERED** that Defendant U.S. Bank Home Mortgage is **DISMISSED WITHOUT PREJUDICE**.

December 20, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
