## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matthew LaCroix,　　　　　　　　　　　　　Civil No. 11-3236 (RHK/JJK)

　　　　　　Plaintiff,　　　　　　　　**DISQUALIFICATION AND**
　　　　　　　　　　　　　　　　　　　　**ORDER FOR REASSIGNMENT**
vs.

U.S. Bank, N.A.,

　　　　　　Defendant.


　　　　The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

　　　　**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

　　　　**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 28, 2012

　　　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge