AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Matthew LaCroix, *as an individual and as a representative of the classes*

V.

U.S. Bank, N.A.

**JUDGMENT IN A CIVIL CASE**

Case Number:  11-cv-3236(DSD/JJK)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The defendant's motion to dismiss [ECF No. 4] is granted.

| June 20, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| | (By)          L. Brennan,   Deputy Clerk |